UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRON OLIVE BYRD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2248** |
| **ORLEANS PARISH SHERIFF'S OFFICE** | **SECTION "H"(2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and Plaintiff's objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation in part and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Byron Olive Byrd's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this  4th   day of  September    , 2015.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE